IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT,

        Plaintiff,                    No. CIV S-10-1108 DAD P

    vs.

B. MIRANDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On September 2, 2011, counsel for defendants filed a request seeking clarification of the court's April 7, 2011 discovery and scheduling order. Specifically, defendants seek clarification of the court's order that requires "[a]ll pre-trial motions, except for motions to compel discovery, shall be filed on or before September 30, 2011." (Order (Doc. No. 29), ¶ 7 at 6.) Defendants note that they have already filed a cross-motion for summary judgment, and ask if "pre-trial motions" referred to in the scheduling order includes motions in limine.

        The court's discovery and scheduling order does not set a deadline for the filing of motions in limine. A deadline for the filing of motions in limine, if necessary, will be set in this court's pretrial order. Defendants' cross-motion is a dispositive motion and was timely filed.

/////

/////

1

1   Accordingly, defendants' September 2, 2011 request for clarification (Doc. No.
2   41) is granted.
3   DATED: September 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vaug1108.clar